IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN JONES,

        Plaintiff,

    v.

ERIC GALOSGOWSKY,

        Defendant.

Case No. 3:25-cv-01184-JR

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Russo issued her Findings and Recommendations on October 14, 2025, in which she recommends that this Court dismiss Plaintiff's case with prejudice. F&R, ECF No. 9. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required

1 – ORDER

only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendations [9]. Therefore, Plaintiff's Third Amended Complaint [8] is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this  24th  day of November, 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER